# TURANO LAW

———

sturano@turanolaw.com

| | |
|---|---|
| USDC SDNY | |
| DOCUMENT | |
| ELECTRONICALLY FILED | |
| DOC #:_____ | |
| DATE FILED: 3/14/2023 | |

275 MADISON AVENUE
35TH FLOOR
NEW YORK, NY 10016

60 PARK PLACE
SUITE 1101
NEWARK, NJ 07102

———

———

TEL (917) 594-5666
FAX (917) 594-5667

TEL (973) 648-6777
FAX (917) 594-5667

March 13, 2023

**VIA ECF**
Honorable Victor Marrero
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      Re: United States v. Aaron Miller,
         22 Cr. 633 (VM)

Dear Judge Marrero:

      I represent Aaron Miller in the above-referenced matter, which is scheduled for a status conference on March 17, 2023. Mr. Miller is at the Essex County Correctional Center and has been experiencing some medical issues and prefers not to travel to the SDNY at this time.

      Accordingly, and pursuant to Federal Rule of Criminal Procedure 43(b)(3), Mr. Miller requests that his appearance for the March 17th status conference be excused.



Request **GRANTED.** The Court hereby excuses Aaron Miller from appearing at the March 17, 2023 status conference.

SO ORDERED.

3/14/2023
DATE

VICTOR MARRERO, U.S.D.J.

Respectfully submitted,

/s/ *Stephen Turano*
Stephen Turano
Attorney for Aaron Miller