USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/5/2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

           - against -

AARON MILLER,

                     Defendant.

**22 CR 0633 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    The Court hereby reschedules the sentencing set for Friday, December 1, 2023, at 10:00 AM to 11:00 AM the same day.

**SO ORDERED.**

Dated:     5 September 2023
             New York, New York

                                               Victor Marrero
                                               U.S.D.J.