```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/26/23
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES

- against -

AARON MILLER,

            Defendant.

22-cr-0633 (VM)

ORDER

**VICTOR MARRERO**, United States District Judge.

    The Court is in receipt of Defendant Aaron Miller's letter requesting the Court's attention to Mr. Miller's critical medical condition. (See Dkt. No. 77.) Counsel shall confer and attempt to resolve this matter without intervention from the Court. In any case, the Government shall respond to Mr. Miller's letter on or before Tuesday, October 31, 2023. The Government's response shall include a description of its efforts to obtain the requested medical care for Mr. Miller or, alternatively, its basis for opposing such care.

**SO ORDERED.**

Dated:    26 October 2023
            New York, New York

                                              _____
                                              Victor Marrero
                                              U.S.D.J.